UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE UNITED STATES OF AMERICA,

                                                                NOTICE OF MOTION

                                                                ORAL ARGUMENT REQUESTED

       -against-

                                                                23 Cr. 10 (RMB)

AVRAHAM EISENBERG,

                      Defendant.
-----------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Affidavit, Declaration, and records of the above-captioned case, defendant Avraham Eisenberg through his counsel moves the Court in an omnibus motion (per the Court's order) for an order:

       I.       DISMISSING THE INDICTMENT; and

       II.      SUPPRESSING ALL EVIDENCE RECOVERED FROM DEFENDANT'S PERSON AND FROM HIS ELECTRONIC DEVICES.

and for such other and further relief as this Court may deem just and proper.

Dated:      July 28, 2023            Respectfully submitted,

                                                   *Brian E. Klein*
                                                   Brian E. Klein
                                                   Ashley E. Martabano
                                                   Waymaker LLP
                                                   515 S. Flower Street, Suite 3500
                                                   Los Angeles, California 90071
                                                   (424) 652-7800

                                                   *Sanford Talkin*
                                                   Sanford N. Talkin
                                                   Noam B. Greenspan
                                                   Talkin, Muccigrosso & Roberts, LLP
                                                   40 Exchange Place, 18th Floor
                                                   New York, New York 10005
                                                   (212) 482-0007

                                                   *Attorneys for defendant Avraham Eisenberg*