# EXHIBIT A

FD-597 (Rev. 4-13-2015)                                                                                         Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 318C-NY-3671011

On (date): 12/26/23        item(s) listed below were:
12/26/2022 MC
                                                         [✓] Collected/Seized
                                                         [ ] Received From
                                                         [ ] Returned To
                                                         [ ] Released To

(Name) Avraham Mayer Eisenberg
(Street Address) Luis Muñoz Marin International Airport
(City) Carolina, Puerto Rico

**Description of Item(s):**

- Charcoal Gray Hasselblad cellular telephone with a [1] logo
- Charcoal Gray Samsung IMEI: 357111200989170
- White Samsung IMEI: 353329/33/945341/3
                   IMEI: 358810/64/945341/2
                   S/N: R9WR903SPAD
- Black with green logo Laptop computer. Designed & Engineered by Razer in California. Model No.: RZ09-0406  Product No.: RZ09-0406CE63  Serial No.: BY2132M55303941

- Power cord for laptop   S/N: HN2124U03401314

Received By: _(Signature)_
Printed Name/Title: FBI SA Michael Crawford

Received From: _(Signature)_
Printed Name/Title: Avraham Eisenberg

USAO_SDNY_01_00000021

*U.S GPO: 2004-307-714/90013

FD-597 (Rev 8-11-94)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 318C-NY-3671011

On (date) 12/26/2022

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Avraham Mayer Eisenberg
(Street Address) Luis Munoz Marin International Airport
(City) Carolina, PR

Description of Item(s):
- Suit case with personal belongings
- Backpack with personal belongings

Received By: [signature]      Received From: [signature]