# EXHIBIT D

FD-1087 (Rev. 5-8-10)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:** (U) Search Incident to Arrest         **Date:** 01/04/2023

**Approved By:** A/SSA SA Don Anderson III

**Drafted By:** CRAWFORD MICHAEL

**Case ID #:** 318C-NY-3671011      (U) AVRAHAM EISENBERG; MANGO MARKETS, MNGO
                                        TOKEN - MARKET MANIPULATION

**Enclosure(s):** Enclosed are the following items:
1. (U) Receipt for property.

**Details:**

Search incident to arrest of AVRAHAM EISENBERG - luggage and personal items.

**Collected From:** (U) Avraham Eisenberg

**Receipt Given?:** Yes

**Holding Office:** SJ - SAN JUAN

| Item Type | Description |
|---|---|
| 1B General | (U) Blue suitcase<br>Collected On: 12/26/2022 06:30 PM EST<br>Seizing Individual: CRAWFORD MICHAEL<br>Located By: CRAWFORD MICHAEL |
| 1B General | (U) Black backpack with personal items.<br><br>Includes a plastic bag with the following items:<br>Puerto Rico ID Card<br>Visa Card 4154178808652010<br>Israeli official documentation<br>Bank of America Card 411773399634712<br>Republic of Palau ID Card<br>Visa Card 4207670171733416 |

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**UNCLASSIFIED**

Title:  (U) Search Incident to Arrest
Re:   318C-NY-3671011, 01/04/2023

```
                    Capital One Card 5473638631571787
                    Capital One Card 5206026316690409
                    019 Mobile Card
                    Visa Card 4258094502746880
                    Social Security Card
                    Discover Card 6011007174363927
                    Master Card 5593095018388050
                    Visa Card 4154178347872293
                    New York State ID Card
                    Bank of America Card 4117733996347512
                    Master Card 5524860449327363
                    Discover Card 6011007175363927
                    Visa Card 4563310031712106
                    Master Card 5581585861411466
                    US Passport #: 542672384, expiration 24 Mar 2026

                    Collected On:  12/26/2022 06:30 PM EST
                    Seizing Individual:  CRAWFORD MICHAEL
                    Located By:  CRAWFORD MICHAEL

1B Valuable         (U) US Currency
                    Collected On:  12/26/2022 06:30 PM EST
                    Seizing Individual:  CRAWFORD MICHAEL
                    Located By:  CRAWFORD MICHAEL
                    Location Area:  Wallet on Eisenberg's person
                    Valuable Type:  Cash - US Currency
                    US Dollar Value:  $154
                    Dye Pack:  No
                    Confirmed Counterfeit:  No
                    Mutilated Currency:  No

1B Valuable         (U) Israeli Currency
                    Collected On:  12/26/2022 06:30 PM EST
                    Seizing Individual:  CRAWFORD MICHAEL
                    Located By:  CRAWFORD MICHAEL
                    Location Area:  Wallet on Eisenberg's person
                    Valuable Type:  Cash - Foreign Currency
                    US Dollar Value:  $175.71
                    Conversion Rate Date of Collection:   12/26/2022
```

**UNCLASSIFIED**

USAO_SDNY_01_00000026

**UNCLASSIFIED**

Title: (U) Search Incident to Arrest
Re: 318C-NY-3671011, 01/04/2023

◆◆