April 16, 2025



*MANGO MARKETS TRANSACTION SUMMARY REPORT*

Prepared By

Jeremy Sheridan, Managing Director

Technology Segment
Blockchain and Digital Assets Practice
555 12th Street NW
Washington, DC 20004

Prepared For

Talkin, Muccigrosso & Roberts LLP

## Table of Contents

I.    Introduction ................................................................................................................. 3

II.   Methodology.................................................................................................................4

III.  Summary of Findings...................................................................................................10

IV.   Basis for Findings........................................................................................................11

V. Conclusion.....................................................................................................................17

Appendix A ....................................................................................................................... 18

# I. Introduction

FTI Consulting has analyzed four transactions involving wallet address 4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa (4ND8F) that were executed on the Mango Markets platform, which utilizes the Solana blockchain. This analysis focused on the Borrow/Withdraw fields within these transactions to determine their nature—whether they were withdrawals of funds from account owner balances or borrows of funds from Mango Markets' pooled assets. The transactions analyzed, which all occurred on October 11, 2022, are listed below:

- $50M USDC: Transaction Hash 2dLcq66rxNmyJbX8WgkJ7dnavw87mPYt1CtGyGE6wgWcYoRSPan4wjaSVSBV4fsLYJfuNCfwqVDJNQS4WMRNPamn[1]

- $2.8M USDC: Transaction Hash 4jatvkAye4VEXi3r3hCQLVTzCZSggavooEFfQiZRWZzfHC7hZBiYY4oiSPwy7N1h5cx2myuDU8JWzUyoF6v1RrY1[2]

- 32M MNGO: Transaction Hash Pd9NTjZaFPPzP7HskHq5QnrfxRGhSAvtusDgyn3JdV6aQLMynCrci3wKMf2aA36gVx8yLA17rbQ2hcQ7KmG48Gw[3]

- Settle PnL: Transaction Hash SFVdKJpzm2hsK5Kq9LDBD47ZXQu85s5UffCYUrzsqZUBiWrCm1q7JG95PpRye42fqnZyAXeAvYPKxiV6urcEDv1[4]

Data Sources:

FTI used the Helius Remote Procedure Call (RPC) and Application Programming Interface (API) to access detailed transaction data from the Solana blockchain. An API is a set of rules and protocols that allows different software applications to communicate and exchange data, acting as a messenger that facilitates interaction between programs. RPC is a protocol that allows a program on one computer to execute a procedure or function on another computer or server, as if it were a local call, without the programmer needing to explicitly handle the network communication details.

FTI's review primarily leveraged the processor.rs code[5] from Mango v3's smart contract repository, along with other reference materials and documentation, as explained below, to analyze transaction

---

[1] https://solscan.io/tx/2dLcq66rxNmyJbX8WgkJ7dnavw87mPYt1CtGyGE6wgWcYoRSPan4wjaSVSBV4fsLYJfuNCfwqVDJNQS4WMRNPamn

[2] https://solscan.io/tx/4jatvkAye4VEXi3r3hCQLVTzCZSggavooEFfQiZRWZzfHC7hZBiYY4oiSPwy7N1h5cx2myuDU8JWzUyoF6v1RrY1

[3] https://solscan.io/tx/Pd9NTjZaFPPzP7HskHq5QnrfxRGhSAvtusDgyn3JdV6aQLMynCrci3wKMf2aA36gVx8yLA17rbQ2hcQ7KmG48Gw

[4] https://solscan.io/tx/SFVdKJpzm2hsK5Kq9LDBD47ZXQu85s5UffCYUrzsqZUBiWrCm1q7JG95PpRye42fqnZyAXeAvYPKxiV6urcEDv1

[5] https://github.com/blockworks-foundation/mango-v3/blob/c4d52dc7f08e9ba4ae13728d0a2f1c298c0c4a86/program/src/processor.rs

logs—specifically the Withdraw, Transfer, and Mango Logs. These logs provide records of deposits, borrows, and withdrawals, with specific emphasis on interpreting the TokenBalanceLog to determine whether a transaction utilized borrowed or deposited funds.

By examining these logs, FTI determined the status of borrow and withdrawal fields for each transaction, thereby identifying their classification at the time they were executed. This method ensured precise data retrieval and analysis, providing a clear and factual overview of the blockchain transactions linked to 4ND8F's activities on Mango Markets.

## II. Methodology

**a.   Data Retrieval Using Helius RPC and API**

FTI utilized the Helius RPC and API based on their capacity to interface seamlessly with the Solana blockchain, providing access to both real-time and archived transaction data. Helius offers comprehensive RPC and API services, which allow developers and analysts to conduct comprehensive examinations of blockchain data.

This endpoint supports forensic and compliance investigations as it provides detailed views of blockchain transactions, essential for tracing asset flows and understanding transaction dynamics.

***Helius API Overview***: Helius delivers enterprise-grade infrastructure that supports high-performance queries on the Solana blockchain, ensuring reliable data delivery for complex analyses. The API provides access to transaction details, account balances, transaction histories, and smart contract states, which allow for thorough blockchain analysis.

***Using the getTransaction Function***: FTI used the getTransaction endpoint provided by Helius to retrieve detailed data for each of the four transactions under review. This endpoint is an enhanced implementation of Solana's native getTransaction method, offering additional metadata, indexing, and structured formatting that is not available through the standard and default Solana JSON-RPC API. Helius' version of getTransaction adds enhanced metadata, including indexed program logs and pre/post token balances, which allowed FTI to accurately identify how values in the WithdrawLog and TokenBalanceLog corresponded to borrow and withdrawal activity under Mango protocol logic.

The Helius getTransaction function returns detailed information about a transaction once the transaction signature is input to the function. This detailed information includes execution status, timestamp, slot (block number), fee, program-encoded log messages, token balances before and after the transaction, and the wallet addresses involved. This level of detail allows analysts to accurately reconstruct the transaction and evaluate the associated financial activity.

FTI relied on this function to retrieve the on-chain raw blockchain data, which was then parsed, decoded, and analyzed using logic aligned with the various Mango Markets code files distributed between three different open-source codebases, as described in subsequent sections of this report.

**b.  Parsing and Decoding Transaction Data:**

In order to extract all details from the transaction data through the Helius getTransaction API endpoint, FTI reviewed three open-source code repositories related to Mango Markets:

- https://github.com/blockworks-foundation/mango-v3 - repository focused on the core logic of the program;
- https://github.com/blockworks-foundation/mango-ui-v3 - repository focused on the Mango Markets user interface;
- https://github.com/blockworks-foundation/mango-client-v3 - repository focused on client-side implementations

FTI researched and analyzed how the Mango Markets processes work, how the code structures relate to the corresponding transaction data written on-chain, and how the transaction logging is stored on-chain.

Based on the analysis and code review, FTI focused on specific documents related to the processes that decode and parse the retrieved data:

- Found in mango-v3 repository
  - /program/src/state.rs: contains token constants, indices, and TokenInfo
  - /structures/program/src/processor.rs: a smart contract that demonstrates how the logs are written in the program
  - /mango-logs/src/lib.rs: contains structure definitions for log messages and discriminator information

- Found in mango-client-v3 repository
  - /src/ids.json : contains token mint addresses and configurations for market definitions
  - /src/layout.ts: provides information about log structures
  - /src/mango_logs.json: contains explicit field definitions of WithdrawLog, TokenBalanceLog etc. structures

- Found in mango-ui-v3 repository
  - /src/utils/token.ts: contains token decimals, symbols, and mappings of market information
  - /src/utils/mango.ts: contains log parsing logic for client-side implementations

In line with the research and discovery process, FTI developed a custom code that decodes and parses the program logs based on the reviewed official Mango program code.

Transaction data retrieved from the Solana blockchain via the Helius API was interpreted using reference logic from these Mango Markets v3 code files, specifically the smart contract named processor.rs. This file contains the core transaction processing instructions for Mango Markets.

Smart contracts are self-executing programs deployed to a blockchain. They define and enforce the rules for how funds and data are handled within a decentralized protocol. Once deployed, smart contract logic is immutable, and all interactions with it are recorded on-chain, making every transaction transparent and verifiable.

The processor.rs file is written in Rust and defines the logic for handling core Mango operations such as deposits, withdrawals, trades, borrows, and liquidations. Each transaction submitted to the Mango protocol is processed according to this logic, and key data about the transaction is logged and stored on-chain.

In this investigation, FTI did not directly execute any Rust code but instead implemented a JavaScript-based parsing tool designed to interpret the Helius getTransaction output according to the same logic present in processor.rs smart contract and data structures and designed in related rust code files.

While FTI relied on logic consistent with the processor.rs smart contract to interpret log data, a custom parser was developed and implemented in JavaScript programming language that used logic aligned with the Mango Markets Rust codebase to further distinguish transaction information within the code. FTI decoded transaction instruction types, flags, and log discriminators to identify TokenBalanceLog and WithdrawLog events. The WithdrawLog always reflects the total amount sent out of the user's Mango wallet—regardless of whether the funds were sourced from a deposit or a borrow. The TokenBalanceLog, in contrast, specifies whether a borrow actually occurred, as it includes raw and indexed borrow fields. Therefore, the nature of each transaction (borrow vs. withdrawal) was determined by referencing both logs together.

To enable cross-referencing between JavaScript-parsed output and Rust logic, the following field comparisons were used:

| Section in FTI's Output Summary | Field in FTI's Output Summary | Explanation | Extraction |
|---|---|---|---|
| Transaction Summary | Transaction | Unique transaction ID on Solana | Source: Helius API<br><br>response.transaction.signatures[0] from Helius getTransasction API Output |
| | Timestamp | Transaction's confirmed date time on Solana | Source: Helius API<br><br>ISO converted format of Unix Timestamp for response.blockTime from Helius getTransasction API Output |

| | **Slot_BlockNumber** | Transaction's related block number of Solana | Source: Helius API<br><br>response.slot field from Helius getTransasction API Output |
|---|---|---|---|
| | **Fee** | This is a fee paid for the Solana transaction in lamparts (that is converted to SOL) | Source: Helius API<br><br>response.meta.fee from Helius getTransasction API Output |
| | **Status** | Status information of transactions, whether it is successful or failed | Source: Helius API<br><br>response.meta.status from Helius getTransasction API Output.<br>It can be {OK: null } or {Err: ...} |
| | **Token** | Symbol of token used for the transaction | Source: Multiple<br><br>Mango ui v3 - ids.json & Mango v3 - /program/src/state.rs<br><br>Extracting tokenIndex from WithdrawalLog (within Program Log) and mapped to named token symbol |
| | **Amount** | Total quantity of tokens sent in the transaction | Source: Helius API<br>meta.preTokenBalances & postTokenBalances<br><br>Computed difference from pre and post balance information on the transaction data. |
| | **From** | The source account (public key) wallet address from which the funds are withdrawn | Source: Helius API<br><br>Extracted from: result.balanceChanges |
| | **To** | Destination account (public key) wallet address where the funds are received | Source: Helius API<br><br>Extracted from: result.balanceChanges |
| | **AllowBorrow** | Indicator whether borrowing is allowed for the account or not | Source: Multiple Sources<br>Helius API<br>Withdraw function of mango-v3/program/src/processor.rs and mango-client-v3: src/instructions.rs<br><br>response.meta.innerInstructions[x].instructions[y].data |

| | | | |
|---|---|---|---|
| | | | The instructions are decoded like: bs58.decode(data)<br><br>Extracted with data[9] !== 0 |
| **Account Changes** | **Account** | Account owner's wallet address | Source: Helius API<br><br>meta. PreTokenBalances[].owner Meta and PostTokenBalances[].owner field from Helius getTransasction API Output |
| | **Token** | Symbol of token used for the transaction | Source: Multiple<br><br>Mango ui v3 - ids.json & Mango v3 - /program/src/state.rs<br><br>Extracting tokenIndex from WithdrawalLog (within Program Log) and mapped to named token symbol |
| | **Before** | Account's balance before the transaction occurs | Source: Helius API<br><br>meta.preTokenBalances[].uiTokenAmount.uiAmount |
| | **After** | Account's balance after the transaction occurs | Source: Helius API<br><br>meta.postTokenBalances[].uiTokenAmount.uiAmount |
| | **Change** | Account's net balance change after the transaction occurs (can be negative for the 'from' account) | Source: Helius API<br><br>Difference from: meta.preTokenBalances[] uiTokenAmount.uiAmount - meta.postTokenBalances[].uiTokenAmount.uiAmount |
| **TokenBalanceLog*** | **mangoGroup** | Mango Market's group identifier code referring to where the trading activities are happening | Source: mango-v3: program/src/state.rs |
| | **mangoAccount** | User's Mango Market account (public key) wallet address | Source: mango-v3: program/src/state.rs |
| | **tokenIndex** | Index of token according to Mango Market code (Internal | Source: Multiple |

| | | | |
|---|---|---|---|
| | | token identifier for Mango Markets) | Mango ui v3 - ids.json & Mango v3 - /program/src/state.rs |
| | **token** | Token Name | Source: mango-v3: program/src/state.rs |
| | **borrow_Index_Rate** | Interest rates for borrow | Source: Multiple mango-v3: program/src/state.rs & mango-client-v3 src/layout.ts |
| | **borrow_raw** | Borrow type amount | Source: Multiple mango-v3: program/src/state.rs & mango-client-v3 src/layout.ts |
| | **borrow_amount** | Converted borrow amount | Source : Computed field. borrow_amount = (borrow_raw * borrowIndex) / (2^48) |
| | **deposit_Index_Rate** | Interest rates for deposit | Source: Multiple mango-v3: program/src/state.rs & mango-client-v3 src/layout.ts |
| | **deposit_raw** | Deposit type amount | Source: Multiple mango-v3: program/src/state.rs & mango-client-v3 src/layout.ts |
| | **deposit_amount** | Converted deposit amount | Source : Computed field. borrow_amount = (borrow_raw * borrowIndex) / (2^48) |
| **WithdrawLog**[**] | **mangoGroup** | Mango Market's group identifier code referring to where the trading activities are happening | Source: mango-v3: program/src/state.rs |
| | **mangoAccount** | User's Mango Market account (public key) wallet address | Source: mango-v3: program/src/state.rs |
| | **owner** | Account owner's wallet address | Source: mango-v3: program/src/state.rs |
| | **tokenIndex** | Index of token according to Mango Market code (Internal token identifier for Mango Markets) | Source: Multiple<br><br>Mango ui v3 - ids.json & Mango v3 - /program/src/state.rs |
| | **token** | Token Name | Source: mango-v3: program/src/state.rs |

[*]The fields analyzed for FTI's findings from the TokenBalanceLog include borrow_amount, deposit_amount, borrow_Index_Rate, and deposit_Index_Rate. These fields were necessary to determine whether the withdrawn tokens originated from a prior deposit of available tokens, indicating a withdrawal, or from a borrow due to insufficient tokens in the account. The actual token amounts

involved in each transaction were calculated by multiplying the raw values by their respective index rates.

** Section Structure is defined in: mango-v3 mango-logs/src/lib.rs as struct and in mango-client-v3 src/mango_logs.json explicitly. The withdrawalLog is identified based on the discriminator field calculation and mapping. The mango-v3 repository's mango-logs/src/lib.rs file contains all event definitions like TokenBalanceLog and WithdrawLog etc. Their fields are defined with #[event] identifier, which is a macro generating a unique 8-byte discriminator for each event struct. This is computing a hash for the name of the definition using anchor_lang's[6] hash function. Mango code passes this information as the first 8 bytes of the streaming log. In that regard, in FTI's code the hash equivalent of each event name is checked to identify the incoming section whether it is a WithdrawLog, TokenBalanceLog, etc. (e.g., "TokenBalanceLog" -> [0x17, 0x9a, 0xb0, 0xc1, 0x0b, 0x2a, 0xa8, 0xf4] or "WithdrawLog" -> [0xeb, 0x45, 0x73, 0x3e, 0xb9, 0xac, 0x7e, 0xdf]).

By correlating this on-chain data with the behavior defined in various official open-source Mango v3 repository code files, FTI's parsing logic was able to determine whether each transaction was executed as a withdrawal or a borrow. This step served as the technical foundation for the transaction classification logic, which is further detailed in the subsequent sections of the report.

**d.  Generated Output Files**

Two types of files were generated for each transaction analyzed:

- *Raw Data Files (Raw_*):* These files contain the Helius API retrieved data in its original form. They serve as the primary data source.
- *Parsed Data Files (Parsed_*):* Data analyzed after wallet address 4ND8F executed transactions on the Mango Markets platform

# III. Summary of Findings

FTI Consulting conducted a detailed review of four transactions executed by 4ND8F on the Mango Markets platform, focused on identifying each transaction as utilizing funds from 4ND8F's account balances or borrows of funds from Mango Markets' pooled assets. Based on the analysis of transaction data retrieved via the Helius API and parsed using the Mango v3 logic, the following conclusions were reached:

1. *$50M USDC Transaction by 4ND8F:*  This transaction was classified as a withdrawal. The parsed TokenBalanceLog identifies a borrow_amount of 0.0 and a deposit_amount of 67.79022462400783. The corresponding deposit_Index_Rate was 1044125.9875018289,

---

[6] https://www.anchor-lang.com/

confirming that approximately $70.77 million (deposit_amount × deposit_Index_Rate) USDC in deposited funds was available at the time. The WithdrawLog reflects a withdrawal of 50,000,000 USDC. These values confirm that the funds originated entirely from 4ND8F's prior deposits and not from borrowed funds.

2. *$2.8M USDC Transaction by 4ND8F:* This transaction was classified as a withdrawal. The parsed TokenBalanceLog identifies a borrow_amount of 0.0 and a deposit_amount of 146.8953507878523. The corresponding deposit_Index_Rate was 1044183.5713860831, confirming that approximately $153.45 million (deposit_amount × deposit_Index_Rate) USDC in deposited funds was available at the time. The WithdrawLog reflects a withdrawal of 2,807,721.00 USDC. These values confirm that the funds originated entirely from the user's prior deposits and not from borrowed funds.

3. *32M MNGO Transaction by 4ND8F:* This transaction was classified as a borrow. The parsed TokenBalanceLog identifies a borrow_amount of 32.065955520688064 and a deposit_amount of 0.0. The corresponding borrow_Index_Rate was 1010715.7119776846, confirming that approximately 32.41M MNGO (borrow_amount × borrow_Index_Rate) was borrowed. The corresponding WithdrawLog confirms that this amount was transferred from the Mango platform to the user's external wallet.

4. *Settle PnL Transaction by 4ND8F:* This transaction was not classified as a borrow or a withdrawal. The parsed TokenBalanceLog entries associated with wallet address 4ND8F (logs 1, 3, and 5) all show a borrow_amount of 0.0, confirming that no borrowing activity occurred for this account.

These findings are based entirely on on-chain data analysis and the parsed transaction data as recorded by the Solana blockchain and Mango Markets' v3 logic.

# IV. Basis for Findings

The analysis of four transactions executed by 4ND8F on the Mango Markets platform utilized a detailed examination of blockchain data to determine whether these transactions were withdrawals of funds from 4ND8F's account balances or borrows of funds from Mango Markets' pooled assets. The transactions involved USDC and MNGO assets and occurred on October 11, 2022.

For each transaction, transaction logs retrieved via the Helius API through the Mango Markets v3 code were analyzed. The investigation focused on key data fields that identified the nature of each transaction, such as withdrawal amounts, borrow amounts, and the state of account balances before and after transactions.

**a. Analysis of the $50M USDC Transaction**

The key data points for the $50M USDC transaction are as follows:

| Field | Value |
|---|---|
| Transaction Hash | 2dLcq66rxNmyJbX8WgkJ7dnavw87mPYt1CtGyGE6wgWc YoRSPan4wjaSVSBV4fsLYJfuNCfwqVDJNQS4WMRNPamn |
| Timestamp | 2022-10-11T22:29:44.000Z |
| Slot (Block Number) | 154863916 |
| Withdraw Amount | 50,000,000 USDC |
| Borrow Amount | 0.0 USDC |
| Borrow Index Rate | 1074552.3679394599 |
| Deposit Amount | 67.79022462400783 |
| Deposit Index Rate | 1044125.9875018289 |
| Allow Borrow | True |
| Account Balance Before | 324,738.34 USDC |
| Account Balance After | 50,324,738.34 USDC |

The analysis of the $50M USDC transaction confirms that it was a withdrawal. The parsed TokenBalanceLog shows a borrow_amount of 0.0 and a deposit_amount of 67.79022462400783. When multiplied by the corresponding deposit_Index_Rate of 1044125.9875018289, this reflects approximately $70.77 million in deposited funds available at the time. The WithdrawLog shows a withdrawal of 50,000,000 USDC, confirming that the funds originated from the user's previously deposited balance, held within the 4ND8F wallet. No borrowing occurred in this transaction.

The detailed results for the $50M USDC transaction are documented in the following logs, which are included in Appendix A of this report for further reference and verification:

- *Raw Transaction Data Log:*
  Raw_2dLcq66rxNmyJbX8WgkJ7dnavw87mPYt1CtGyGE6wgWcYoRSPan4wjaSVSBV4fsLYJfuNCfwq

VDJNQS4WMRNPamn.txt

- *Parsed Changes Log:*
  Parsed_2dLcq66rxNmyJbX8WgkJ7dnavw87mPYt1CtGyGE6wgWcYoRSPan4wjaSVSBV4fsLYJfuNCf
  wqVDJNQS4WMRNPamn.txt

## b.  Analysis of the $2.8M USDC Transaction

The key data points for the $2.8M USDC transaction are as follows:

| Field | Value |
|---|---|
| **Transaction Hash** | 4jatvkAye4VEXi3r3hCQLVTzCZSggavooEFfQiZRWZzfHC7h ZBiYY4oiSPwy7N1h5cx2myuDU8JWzUyoF6v1RrY1 |
| **Timestamp** | 2022-10-11T22:41:12.000Z |
| **Slot (Block Number)** | 154865091 |
| **Withdraw Amount** | 2,807,721.00 USDC |
| **Borrow Amount** | 0.0 USDC |
| **Borrow Index Rate** | 1074612.5161473888 |
| **Deposit Amount** | 146.8953507878523 |
| **Deposit Index Rate** | 1044183.5713860831 |
| **Allow Borrow** | True |
| **Account Balance Before** | 49,924,739.101031 USDC |
| **Account Balance After** | 52,732,460.101031 USDC |

The analysis of the $2.8M USDC transaction confirms that it was a withdrawal. The parsed
TokenBalanceLog shows a borrow_amount of 0.0 and a deposit_amount of 146.8953507878523. When
multiplied by the corresponding deposit_Index_Rate of 1044183.5713860831, this reflects
approximately $153.45 million in deposited funds available at the time. The WithdrawLog shows a

withdrawal of 2,807,721.00 USDC, confirming that the funds originated from the user's previously deposited balance held within the 4ND8F wallet. No borrowing occurred in this transaction.

The detailed results for the $2.8M USDC transaction are documented in the following logs, which are included in Appendix A of this report for further reference and verification:

- *Raw Transaction Data Log:* Raw_4jatvkAye4VEXi3r3hCQLVTzCZSggavooEFfQiZRWZzfHC7hZBiYY4oiSPwy7N1h5cx2myuDU8J WzUyoF6v1RrY1.txt

- *Parsed Changes Log:* Parsed_4jatvkAye4VEXi3r3hCQLVTzCZSggavooEFfQiZRWZzfHC7hZBiYY4oiSPwy7N1h5cx2myuDU 8JWzUyoF6v1RrY1.txt

**c.  Analysis of the 32M MNGO Transaction**

The key data points for the 32M MNGO transaction are as follows:

| Field | Value |
|---|---|
| **Transaction Hash** | Pd9NTjZaFPPzP7HskHq5QnrfxRGhSAvtusDgyn3JdV6a QLMynCrci3wKMf2aA36gVx8yLA17rbQ2hcQ7KmG48Gw |
| **Timestamp** | 2022-10-11T22:45:16.000Z |
| **Slot (Block Number)** | 154865505 |
| **Withdraw Amount** | 32,409,565.064337 MNGO |
| **Borrow Amount** | 32.065955520688064 MNGO (raw units) |
| **Borrow Index Rate** | 1010715.7119776846 |
| **Deposit Amount** | 0.0 MNGO |
| **Deposit Index Rate** | 1003321.6172703524 |
| **Allow Borrow** | True |

| Account Balance Before | 32,409,565.064337MNGO |
|---|---|
| Account Balance After | 0.0 MNGO |

The analysis of the 32M MNGO transaction confirms that it was a borrow.. The parsed TokenBalanceLog shows a borrow_amount of 32.065955520688064 (raw units), with a borrow_Index_Rate of 1010715.7119776846. When multiplied, this results in approximately 32.41 million MNGO borrowed. The deposit_amount is listed as 0.0, confirming that no deposited tokens were available. The corresponding WithdrawLog reports a withdrawal of 32,409,565.06 MNGO. Together, these values confirm that the full amount withdrawn originated from borrowed funds, not deposits.

The detailed results for the 32M MNGO transaction are documented in the following logs, which are included in Appendix A of this report for further reference and verification:

- *Raw Transaction Data Log:* Raw_Pd9NTjZaFPPzP7HskHq5QnrfxRGhSAvtusDgyn3JdV6aQLMynCrci3wKMf2aA36gVx8yLA17rbQ2hcQ7KmG48Gw.txt

- *Parsed Changes Log:* Parsed_Pd9NTjZaFPPzP7HskHq5QnrfxRGhSAvtusDgyn3JdV6aQLMynCrci3wKMf2aA36gVx8yLA17rbQ2hcQ7KmG48Gw.txt

### d.  Analysis of the Settle PnL Transaction

The key data points for the Settle PnL transaction are as follows:

| Field | Value |
|---|---|
| Transaction Hash | SFVdKJpzm2hsK5Kq9LDBD47ZXQu85s5UffCYUrzsqZUBiWrCm1q7JG95PpRye42fqnZyAXeAvYPKxiV6urcEDv1 |
| Timestamp | 2022-10-11T22:29:27.000Z |
| Slot (Block Number) | 154863886 |
| Withdraw Amount | 0 USDC |

| | |
|---|---|
| **Borrow Amount** | 0 USDC |
| **Borrow Index Rate** | 1074552.1539778628 |
| **Deposit Amount** | N/A |
| **Deposit Index Rate** | 1044125.8325011783 |
| **Allow Borrow** | True |
| **Account Balance Before** | No token balance changes detected |
| **Account Balance After** | No token balance changes detected |

The analysis of the Settle PnL transaction confirmed that neither a withdrawal nor borrowing occurred for wallet address 4ND8F. The parsed TokenBalanceLog entries specifically associated with this Mango account (logs 1, 3, and 5) all show a borrow_amount of 0.0, confirming that no borrowing action took place. These same logs reflect increases in deposit_amount fields for the USDC balance, indicating that the user received gains from the settlement of profit and loss (PnL), which were credited as deposits rather than treated as borrowed funds or manual withdrawals. Other logs within the same transaction (logs 2, 4, and 6) are associated with different Mango accounts and include non-zero borrow_amount values. These appear to be part of the internal PnL settlement flow across accounts but are not attributable to the 4ND8F account. As a result, this transaction is appropriately classified as a PnL credit event with no withdrawal or borrowing activity attributable to the user.

This result is consistent with the expected behavior of a Settle PnL operation, which reconciles profit and loss across accounts but does not inherently involve the withdrawal or borrowing of tokens. The transaction was recorded as successful and is reflected in Solana slot 154863886 at the timestamp listed above.

The detailed results for the Settle PnL transaction are documented in the following logs, which are included in Appendix A of this report for further reference and verification:

- *Raw Transaction Data Log:*
  Raw_SFVdKJpzm2hsK5Kq9LDBD47ZXQu85s5UffCYUrzsqZUBiWrCm1q7JG95PpRye42fqnZyAXeAv

YPKxiV6urcEDv1.txt

- *Parsed Changes Log:*
  Parsed_SFVdKJpzm2hsK5Kq9LDBD47ZXQu85s5UffCYUrzsqZUBiWrCm1q7JG95PpRye42fqnZyAXe
  AvYPKxiV6urcEDv1.txt

**e.** Conclusion

The transaction analysis conducted by FTI confirms the classification of each of the four reviewed transactions based on a detailed review of the TokenBalanceLog and WithdrawLog entries generated by the Mango Markets v3 smart contract. By accurately interpreting the relevant log fields and applying the appropriate index rates to calculate effective token amounts, the investigation distinguishes between withdrawals funded by previously deposited assets and transactions involving borrowed funds. This approach provides a reliable, data-driven foundation for understanding the nature of the transactions executed by 4ND8F on the Mango Markets platform.

# Appendix A

## Transaction Logs

Raw_2dLcq66rxNmyJbX8WgkJ7dnavw87mPYt1CtGyGE6wgWcYoRSPan4wjaSVSBV4fsLYJfuNCfwqVDJNQS4WMRNPamn.txt

Parsed_2dLcq66rxNmyJbX8WgkJ7dnavw87mPYt1CtGyGE6wgWcYoRSPan4wjaSVSBV4fsLYJfuNCfwqVDJNQS4WMRNPamn.txt

Raw_4jatvkAye4VEXi3r3hCQLVTzCZSggavooEFfQiZRWZzfHC7hZBiYY4oiSPwy7N1h5cx2myuDU8JWzUyoF6v1RrY1.txt

Parsed_4jatvkAye4VEXi3r3hCQLVTzCZSggavooEFfQiZRWZzfHC7hZBiYY4oiSPwy7N1h5cx2myuDU8JWzUyoF6v1RrY1.txt

Raw_Pd9NTjZaFPPzP7HskHq5QnrfxRGhSAvtusDgyn3JdV6aQLMynCrci3wKMf2aA36gVx8yLA17rbQ2hcQ7KmG48Gw.txt

Parsed_Pd9NTjZaFPPzP7HskHq5QnrfxRGhSAvtusDgyn3JdV6aQLMynCrci3wKMf2aA36gVx8yLA17rbQ2hcQ7KmG48Gw.txt

Raw_SFVdKJpzm2hsK5Kq9LDBD47ZXQu85s5UffCYUrzsqZUBiWrCm1q7JG95PpRye42fqnZyAXeAvYPKxiV6urcEDv1.txt

Parsed_SFVdKJpzm2hsK5Kq9LDBD47ZXQu85s5UffCYUrzsqZUBiWrCm1q7JG95PpRye42fqnZyAXeAvYPKxiV6urcEDv1.txt

Summary:

=== Transaction Summary ===
{
  "Transaction":
"2dLcq66rxNmyJbX8WgkJ7dnavw87mPYt1CtGyGE6wgWcYoRSPan4wjaSVSBV4fsLYJfuNCfwqVDJNQS4WMR
NPamn",
  "Timestamp": "2022-10-11T22:29:44.000Z",
  "Slot_BlockNumber": 154863916,
  "Fee": "0.000012000 SOL",
  "Status": "Success",
  "Token": "USDC",
  "Amount": 50000000,
  "From": "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
  "To": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
  "AllowBorrow": true
}

=== Account Changes ===
Account: 9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S
Token: USDC
Before: 51966113.638341
After: 1966113.638341
Change: -50000000.000000

Account: yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM
Token: USDC
Before: 324738.341537
After: 50324738.341537
Change: +50000000.000000


=== Raw Program Logs ===
Program ComputeBudget111111111111111111111111111111 invoke [1]
Program ComputeBudget111111111111111111111111111111 success
Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]
Program log: Mango: Withdraw
Program log: mango-log
Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDwAAAAAAAAlEkf6vp+QZQoEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAYHfOvM/J3uDwAAAAAA
AACqkcpHMV54ZRAAAAAAAAAA
Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA invoke [2]
Program log: Instruction: Transfer
Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA success
Program log: mango-log
Program data:
60VzPrmsft943ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDndnZzfNLIFBtl1YrCgeNsI3IFtau+AlX6s3P0p/4HAPAAAAAAAAAAAgPYh5LQAA
Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success

```
=== Mango Program Logs ===
Log 1:
{
  "type": "TokenBalanceLog",
  "borrowIndex": "302459602740139692458",
  "borrow_Index_Rate": 1074552.3679394599,
  "borrow_amount": 0.0,
  "borrow_raw": "0",
  "depositIndex": "293895338015067998086",
  "deposit_Index_Rate": 1044125.9875018289,
  "deposit_amount": 67.79022462400783,
  "deposit_raw": "19081251897252744991269",
  "mangoAccount": "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
  "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
  "token": "USDC",
  "tokenIndex": 15
}

Log 2:
{
  "type": "WithdrawLog",
  "mangoAccount": "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
  "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
  "owner": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
  "quantity": 50000000.0,
  "quantity_raw": "50000000000000",
  "token": "USDC",
  "tokenIndex": 15
}
```

Summary:

=== Transaction Summary ===
{
  "Transaction":
"4jatvkAye4VEXi3r3hCQLVTzCZSggavooEFfQiZRWZzfHC7hZBiYY4oiSPwy7N1h5cx2myuDU8JWzUyoF6v
1RrY1",
  "Timestamp": "2022-10-11T22:41:12.000Z",
  "Slot_BlockNumber": 154865091,
  "Fee": "0.000012000 SOL",
  "Status": "Success",
  "Token": "USDC",
  "Amount": 2807721,
  "From": "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
  "To": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
  "AllowBorrow": true
}

=== Account Changes ===
Account: 9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S
Token: USDC
Before: 2847881.441118
After: 40160.441118
Change: -2807721.000000

Account: yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM
Token: USDC
Before: 49924739.101031
After: 52732460.101031
Change: +2807721.000000


=== Raw Program Logs ===
Program ComputeBudget111111111111111111111111111111 invoke [1]
Program ComputeBudget111111111111111111111111111111 success
Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]
Program log: Mango: Withdraw
Program log: mango-log
Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDwAAAAAAADfLvSvsMn2ccEIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAFe+vFtGktfuDwAAAAAA
AABAhjo8IoS0ZRAAAAAAAAAA
Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA invoke [2]
Program log: Instruction: Transfer
Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA success
Program log: mango-log
Program data:
60VzPrmsft943ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDndnZzfNLIFBtl1YrCgeNsI3IFtau+AlX6s3P0p/4HAPAAAAAAAAAEB8NrmNAgAA
Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success

=== Mango Program Logs ===
Log 1:
{
  "type": "TokenBalanceLog",
  "borrowIndex": "302476532955565688384",
  "borrow_Index_Rate": 1074612.5161473888,
  "borrow_amount": 0.0,
  "borrow_raw": "0",
  "depositIndex": "293911546437547376215",
  "deposit_Index_Rate": 1044183.5713860831,
  "deposit_amount": 146.8953507878523,
  "deposit_raw": "4134736544191436529255",
  "mangoAccount": "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
  "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
  "token": "USDC",
  "tokenIndex": 15
}
Log 2:
{
  "type": "WithdrawLog",
  "mangoAccount": "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
  "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
  "owner": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
  "quantity_raw": "2807721000000",
  "quantity": 2807721.0,
  "token": "USDC",
  "tokenIndex": 15
}

Summary:

=== Transaction Summary ===
{
  "Transaction":
"Pd9NTjZaFPPzP7HskHq5QnrfxRGhSAvtusDgyn3JdV6aQLMynCrci3wKMf2aA36gVx8yLA17rbQ2hcQ7KmG
48Gw",
  "Timestamp": "2022-10-11T22:45:16.000Z",
  "Slot_BlockNumber": 154865505,
  "Fee": "0.000012000 SOL",
  "Status": "Success",
  "Token": "MNGO",
  "Amount": 32409565.064337,
  "From": "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
  "To": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
  "AllowBorrow": true
}

=== Account Changes ===
Account: 9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S
Token: MNGO
Before: 49814412.202267
After: 17404847.13793
Change: -32409565.064337

Account: yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM
Token: MNGO
Before: 3480262.835135
After: 35889827.899472
Change: +32409565.064337

=== Raw Program Logs ===
Program ComputeBudget111111111111111111111111111111 invoke [1]
Program ComputeBudget111111111111111111111111111111 success
Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]
Program log: Mango: Withdraw
Program log: mango-log
Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAKJYN0EuFo0npAQAAAAAAI61CG4FnjlPDwAAAAAA
AACXAGcrRLYbbA8AAAAAAAAA
Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA invoke [2]
Program log: Instruction: Transfer
Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA success
Program log: mango-log
Program data:
60VzPrmsft943ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDndnZzfNLIFBtl1YrCgeNsI3IFtau+AlX6s3P0p/4HAAAAAAAAAAJHsnPB5HQAA

```
Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success

=== Mango Program Logs ===
Log 1:
{
  "type": "TokenBalanceLog",
  "borrowIndex": "284491181490012881047",
  "borrow_Index_Rate": 1010715.7119776846,
  "borrow_amount": 32.065955520688064,
  "borrow_raw": "9025764083390602909224",
  "depositIndex": "282409928854470178190",
  "deposit_Index_Rate": 1003321.6172703524,
  "deposit_amount": 0.0,
  "deposit_raw": "0",
  "mangoAccount": "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
  "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
  "token": "MNGO",
  "tokenIndex": 0
}

Log 2:
{
  "type": "WithdrawLog",
  "mangoAccount": "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
  "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
  "owner": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
  "quantity": 32409565.064337,
  "quantity_raw": "32409565064337",
  "token": "MNGO",
  "tokenIndex": 0
}
```

Summary:

=== Transaction Summary ===
{
  "Transaction":
"SFVdKJpzm2hsK5Kq9LDBD47ZXQu85s5UffCYUrzsqZUBiWrCm1q7JG95PpRye42fqnZyAXeAvYPKxiV6urc
EDv1",
  "Timestamp": "2022-10-11T22:29:27.000Z",
  "Slot_BlockNumber": 154863886,
  "Fee": "0.000012000 SOL",
  "Status": "Success",
  "Token": "USDC",
  "Amount": 0,
  "AllowBorrow": true
}

=== Account Changes ===
No token balance changes detected.

=== Raw Program Logs ===
Program ComputeBudget111111111111111111111111111111 invoke [1]
Program ComputeBudget111111111111111111111111111111 success
Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]
Program log: Mango: SettlePnl
Program log: mango-log
Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTqZEzl0QgGI+eq0Hp9lnY2+6wFt7E8ya9X9sjO2yHl+IAAAAAAAAAwOGgFXiA4DeEGAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA9QFswe1Z3uDwAAAAAA
AAD5BN0Xayd4ZRAAAAAAAAAA
Program log: mango-log
Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3amRM5dEIBiPnqtB6fZZ2NvusBbexPMm
vV/bIztsh5fiDwAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAbyPXReHnj4hBgAAAAAAA9QFswe1Z3uDwAAAAAA
AAD5BN0Xayd4ZRAAAAAAAAAA
Program log: mango-log
Program data:
BbzLZlG3WnZ43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTqZEzl0QgGI+eq0Hp9lnY2+6wFt7E8ya9X9sjO2yHl+IAAAAAAAAAE45PoQFdHjTARENaQAA
AAA=
Program log: mango-log
Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTAAAAAAAAAAAe5hodAAAAAOPhfcargpP6SRL9hf////+Ybl1KgjokcQAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAAJhuXUqCOiRxAAAAAAAAAACYbl1KgjokcQAAAAAAAAAA
Program log: mango-log
Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3amRM5dEIBiPnqtB6fZZ2NvusBbexPMm
vV/bIztsh5fiAAAAAAAAAADDdiQfj/////wBV0Z48sqweI6myeQAAACYbl1KgjokcQAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAAJhuXUqCOiRxAAAAAAAAAACYbl1KgjokcQAAAAAAAAAA
Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success

Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]
Program log: Mango: SettlePnl
Program log: mango-log
Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDwAAAAAAAADry5OJNBp8z+QGAAAAAAAAAAAAAAAAAAAAAAAAAAAA9QFswe1Z3uDwAAAAAA
AAD5BN0Xayd4ZRAAAAAAAAAA
Program log: mango-log
Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3aPxn7gMPI3yu46WGNbRjySS331SwS9z
oZijk7eLBLASDwAAAAAAAAAAAAAAAAAAAAAAAAAAAAANVCMZJNSbGkDAAAAAAAAAA9QFswe1Z3uDwAAAAAA
AAD5BN0Xayd4ZRAAAAAAAAAA
Program log: mango-log
Program data:
BbzLZlG3WnZ43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTo/GfuAw8jfK7jpYY1tGPJJLffVLBL3OhmKOTt4sEsBIAAAAAAAAAALWO/gb2t50a6OI7AAAA
AAA=
Program log: mango-log
Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTAAAAAAAAAAAe5hodAAAAAC5Tf7+1yvXfYS/Bhf////+Ybl1KgjokcQAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAAJhuXUqCOiRxAAAAAAAAAACYbl1KgjokcQAAAAAAAAAA
Program log: mango-log
Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3aPxn7gMPI3yu46WGNbRjySS331SwS9z
oZijk7eLBLASAAAAAAAAAABbnu7//////wAjvu9qAHQD0gNJAAAAAACYbl1KgjokcQAAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAAJhuXUqCOiRxAAAAAAAAAACYbl1KgjokcQAAAAAAAAAA
Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success
Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]
Program log: Mango: SettlePnl
Program log: mango-log
Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDwAAAAAAAACMOrv8mwvuF+UGAAAAAAAAAAAAAAAAAAAAAAAAAAAA9QFswe1Z3uDwAAAAAA
AAD5BN0Xayd4ZRAAAAAAAAAA
Program log: mango-log
Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3e8eEg5kmHAspA9xr/6+mjK/hTB4IC/8
VMLoCBHpv3WLDwAAAAAAAAAaB7oc/iuCkwoAAAAAAAAAAAAAAAAAAAAAAAAAAAA9QFswe1Z3uDwAAAAAA
AAD5BN0Xayd4ZRAAAAAAAAAA
Program log: mango-log
Program data:
BbzLZlG3WnZ43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNT7x4SDmSYcCykD3Gv/r6aMr+FMHggL/xUwugIEem/dYsAAAAAAAAAC7lQT3Gfa69M4IEAAAA
AAA=
Program log: mango-log
Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTAAAAAAAAAAAe5hodAAAAABuPYLvTEciLq28hf////+Ybl1KgjokcQAAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAAJhuXUqCOiRxAAAAAAAAAACYbl1KgjokcQAAAAAAAAAA

```
Program log: mango-log
Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3e8eEg5kmHAspA9xr/6+mjK/hTB4IC/8
VMLoCBHpv3WLAAAAAAAAADGffH//////2img8D8jCp3tpEwAAAAACYbl1KgjokcQAAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAAJhuXUqCOiRxAAAAAAAAAACYbl1KgjokcQAAAAAAAAA
Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success


=== Mango Program Logs ===
Log 1:

{
  "type": "TokenBalanceLog",
  "borrowIndex": "302459542515304170745",
  "borrow_Index_Rate": 1074552.1539778628,
  "borrow_amount": 0.0,
  "borrow_raw": "0",
  "depositIndex": "293895294386263445519",
  "deposit_Index_Rate": 1044125.8325011783,
  "deposit_amount": 115.41228012643465,
  "deposit_raw": "3248566860071898986544",
  "mangoAccount": "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
  "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
  "token": "USDC",
  "tokenIndex": 15
}

Log 2:
{
  "type": "TokenBalanceLog",
  "borrowIndex": "302459542515304170745",
  "borrow_Index_Rate": 1074552.1539778628,
  "borrow_amount": 102.84201452770027,
  "borrow_raw": "28947453644061381999617",
  "depositIndex": "293895294386263445519",
  "deposit_Index_Rate": 1044125.8325011783,
  "deposit_amount": 0.0,
  "deposit_raw": "0",
  "mangoAccount": "CQvKSNnYtPTZfQRQ5jkHq8q2swJyRsdQLcFcj3EmKFfX",
  "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
  "token": "USDC",
  "tokenIndex": 15
}

Log 3:
{
  "type": "TokenBalanceLog",
  "borrowIndex": "302459542515304170745",
  "borrow_Index_Rate": 1074552.1539778628,
  "borrow_amount": 0.0,
```

    "borrow_raw": "0",
    "depositIndex": "293895294386263445519",
    "deposit_Index_Rate": 1044125.8325011783,
    "deposit_amount": 115.65862010236415,
    "deposit_raw": "3255500739969956104875",
    "mangoAccount": "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
    "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
    "token": "USDC",
    "tokenIndex": 15
}

Log 4:
{
    "type": "TokenBalanceLog",
    "borrowIndex": "302459542515304170745",
    "borrow_Index_Rate": 1074552.1539778628,
    "borrow_amount": 0.22359632256153514,
    "borrow_raw": "62936769685596426293",
    "depositIndex": "293895294386263445519",
    "deposit_Index_Rate": 1044125.8325011783,
    "deposit_amount": 0.0,
    "deposit_raw": "0",
    "mangoAccount": "C2y9bLhBn7ynkb2HhayHVpUFCSeRWJ9oqFXrKH3vBhZK",
    "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
    "token": "USDC",
    "tokenIndex": 15
}

Log 5:
{
    "type": "TokenBalanceLog",
    "borrowIndex": "302459542515304170745",
    "borrow_Index_Rate": 1074552.1539778628,
    "borrow_amount": 0.0,
    "borrow_raw": "0",
    "depositIndex": "293895294386263445519",
    "deposit_Index_Rate": 1044125.8325011783,
    "deposit_amount": 115.67716604534893,
    "deposit_raw": "3256022761856927045964",
    "mangoAccount": "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
    "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
    "token": "USDC",
    "tokenIndex": 15
}

Log 6:
{
    "type": "TokenBalanceLog",
    "borrowIndex": "302459542515304170745",
    "borrow_Index_Rate": 1074552.1539778628,

    "borrow_amount": 0.0,
    "borrow_raw": "0",
    "depositIndex": "293895294386263445519",
    "deposit_Index_Rate": 1044125.8325011783,
    "deposit_amount": 0.6931221718461946,
    "deposit_raw": "195096547178046949146",
    "mangoAccount": "H6R2zNZMmhGoXLMGweGPP4Q9RtZ6RprVu7Hc868pJVbp",
    "mangoGroup": "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
    "token": "USDC",
    "tokenIndex": 15
}

```
{
  "blockTime": 1665527384,
  "meta": {
    "err": null,
    "fee": 12000,
    "innerInstructions": [
      {
        "index": 1,
        "instructions": [
          {
            "accounts": [
              2,
              4,
              7
            ],
            "data": "3DUnTi1rupkw",
            "programIdIndex": 12,
            "stackHeight": null
          }
        ]
      }
    ],
    "loadedAddresses": {
      "readonly": [],
      "writable": []
    },
    "logMessages": [
      "Program ComputeBudget111111111111111111111111111111 invoke [1]",
      "Program ComputeBudget111111111111111111111111111111 success",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]",
      "Program log: Mango: Withdraw",
      "Program log: mango-log",
      "Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDwAAAAAAAAlEkf6vp+QZQoEAAAAAAAAAAAAAAAAAAAAAAAAAIYHfOvM/J3uDwAAAAAA
AACqkcpHMV54ZRAAAAAAAAAA",
      "Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA invoke [2]",
      "Program log: Instruction: Transfer",
      "Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA consumed 4645 of 183349
compute units",
      "Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA success",
      "Program log: mango-log",
      "Program data:
60VzPrmsft943ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDndnZzfNLIFBtl1YrCgeNsI3IFtau+AlX6s3P0p/4HAPAAAAAAAAAAAgPYh5LQAA",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 consumed 25679 of 200000
compute units",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success"
    ],
    "postBalances": [
```

```
      943741920,
      30791040,
      2039280,
      1392000,
      2039280,
      1,
      42873600,
      617666173,
      3841920,
      1,
      12083560,
      1141440,
      934087680
    ],
    "postTokenBalances": [
      {
        "accountIndex": 2,
        "mint": "EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v",
        "owner": "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
        "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
        "uiTokenAmount": {
          "amount": "1966113638341",
          "decimals": 6,
          "uiAmount": 1966113.638341,
          "uiAmountString": "1966113.638341"
        }
      },
      {
        "accountIndex": 4,
        "mint": "EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v",
        "owner": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
        "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
        "uiTokenAmount": {
          "amount": "50324738341537",
          "decimals": 6,
          "uiAmount": 50324738.341537,
          "uiAmountString": "50324738.341537"
        }
      }
    ],
    "preBalances": [
      943753920,
      30791040,
      2039280,
      1392000,
      2039280,
      1,
      42873600,
      617666173,
      3841920,
```

```
        1,
        12083560,
        1141440,
        934087680
      ],
      "preTokenBalances": [
        {
          "accountIndex": 2,
          "mint": "EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v",
          "owner": "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
          "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
          "uiTokenAmount": {
            "amount": "51966113638341",
            "decimals": 6,
            "uiAmount": 51966113.638341,
            "uiAmountString": "51966113.638341"
          }
        },
        {
          "accountIndex": 4,
          "mint": "EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v",
          "owner": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
          "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
          "uiTokenAmount": {
            "amount": "324738341537",
            "decimals": 6,
            "uiAmount": 324738.341537,
            "uiAmountString": "324738.341537"
          }
        }
      ],
      "rewards": [],
      "status": {
        "Ok": null
      }
    },
    "slot": 154863916,
    "transaction": {
      "message": {
        "header": {
          "numReadonlySignedAccounts": 0,
          "numReadonlyUnsignedAccounts": 8,
          "numRequiredSignatures": 1
        },
        "accountKeys": [
          "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
          "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
          "8Vw25ZackDzaJzzBBqcgcpDsCsDfRSkMGgwFQ3gbReWF",
          "BGcwkj1WudQwUUjFk78hAjwd1uAm8trh1N4CJSa51euh",
          "EwufRSs1zc9wUHvvd1C7D549rrfnzXLnjZCfBAbv3tEj",
```

```
      "1111111111111111111111111111111111",
      "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
      "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
      "AMzanZxMirPCgGcBoH9kw4Jzi9LFMomyUCXbpzDeL2T8",
      "ComputeBudget111111111111111111111111111111",
      "EBDRoayCDDUvDgCimta45ajQeXbexv7aKqJubruqpyvu",
      "mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68",
      "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA"
    ],
    "recentBlockhash": "XzU6vCitL7xVhyMyTSJAU8XuiimxLQVTyN4AHZvvz12",
    "instructions": [
      {
        "accounts": [],
        "data": "3cDeqiGMb6md",
        "programIdIndex": 9,
        "stackHeight": null
      },
      {
        "accounts": [
          6,
          1,
          0,
          10,
          8,
          3,
          2,
          4,
          7,
          12,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5
        ],
        "data": "FVarNr9B1cCMfRL7S",
        "programIdIndex": 11,
        "stackHeight": null
      }
    ],
```

```
      "indexToProgramIds": {}
    },
    "signatures": [

"2dLcq66rxNmyJbX8WgkJ7dnavw87mPYt1CtGyGE6wgWcYoRSPan4wjaSVSBV4fsLYJfuNCfwqVDJNQS4WMR
NPamn"
    ]
  },
  "version": "legacy"
}
```

```
{
  "blockTime": 1665528072,
  "meta": {
    "err": null,
    "fee": 12000,
    "innerInstructions": [
      {
        "index": 1,
        "instructions": [
          {
            "accounts": [
              2,
              4,
              7
            ],
            "data": "3QF9fR7LPbDZ",
            "programIdIndex": 12,
            "stackHeight": null
          }
        ]
      }
    ],
    "loadedAddresses": {
      "readonly": [],
      "writable": []
    },
    "logMessages": [
      "Program ComputeBudget111111111111111111111111111111 invoke [1]",
      "Program ComputeBudget111111111111111111111111111111 success",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]",
      "Program log: Mango: Withdraw",
      "Program log: mango-log",
      "Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDwAAAAAAADfLvSvsMn2ccEIAAAAAAAAAAAAAAAAAAAAAAAAAAAFe+vFtGktfuDwAAAAA
AABAhjo8IoS0ZRAAAAAAAAAA",
      "Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA invoke [2]",
      "Program log: Instruction: Transfer",
      "Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA consumed 4645 of 183775
compute units",
      "Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA success",
      "Program log: mango-log",
      "Program data:
60VzPrmsft943ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDndnZzfNLIFBtl1YrCgeNsI3IFtau+AlX6s3P0p/4HAPAAAAAAAAEB8NrmNAgAA",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 consumed 27830 of 200000
compute units",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success"
    ],
    "postBalances": [
```

```
        761577939541360,
        30791040,
        2039280,
        1392000,
        2039280,
        1,
        42873600,
        617666173,
        3841920,
        1,
        12083560,
        1141440,
        934087680
      ],
      "postTokenBalances": [
        {
          "accountIndex": 2,
          "mint": "EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v",
          "owner": "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
          "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
          "uiTokenAmount": {
            "amount": "40160441118",
            "decimals": 6,
            "uiAmount": 40160.441118,
            "uiAmountString": "40160.441118"
          }
        },
        {
          "accountIndex": 4,
          "mint": "EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v",
          "owner": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
          "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
          "uiTokenAmount": {
            "amount": "52732460101031",
            "decimals": 6,
            "uiAmount": 52732460.101031,
            "uiAmountString": "52732460.101031"
          }
        }
      ],
      "preBalances": [
        761577939553360,
        30791040,
        2039280,
        1392000,
        2039280,
        1,
        42873600,
        617666173,
        3841920,
```

```
      1,
      12083560,
      1141440,
      934087680
    ],
    "preTokenBalances": [
      {
        "accountIndex": 2,
        "mint": "EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v",
        "owner": "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
        "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
        "uiTokenAmount": {
          "amount": "2847881441118",
          "decimals": 6,
          "uiAmount": 2847881.441118,
          "uiAmountString": "2847881.441118"
        }
      },
      {
        "accountIndex": 4,
        "mint": "EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v",
        "owner": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
        "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
        "uiTokenAmount": {
          "amount": "49924739101031",
          "decimals": 6,
          "uiAmount": 49924739.101031,
          "uiAmountString": "49924739.101031"
        }
      }
    ],
    "rewards": [],
    "status": {
      "Ok": null
    }
  },
  "slot": 154865091,
  "transaction": {
    "message": {
      "header": {
        "numReadonlySignedAccounts": 0,
        "numReadonlyUnsignedAccounts": 8,
        "numRequiredSignatures": 1
      },
      "accountKeys": [
        "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
        "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
        "8Vw25ZackDzaJzzBBqcgcpDsCsDfRSkMGgwFQ3gbReWF",
        "BGcwkj1WudQwUUjFk78hAjwd1uAm8trh1N4CJSa51euh",
        "EwufRSs1zc9wUHvvd1C7D549rrfnzXLnjZCfBAbv3tEj",
```

```
      "11111111111111111111111111111111",
      "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
      "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
      "AMzanZxMirPCgGcBoH9kw4Jzi9LFMomyUCXbpzDeL2T8",
      "ComputeBudget111111111111111111111111111111",
      "EBDRoayCDDUvDgCimta45ajQeXbexv7aKqJubruqpyvu",
      "mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68",
      "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA"
    ],
  "recentBlockhash": "Gr9fhuRJGyPFFn4coUhW5pJCp7uNpKjY2oDRg96DWKTH",
  "instructions": [
    {
      "accounts": [],
      "data": "3cDeqiGMb6md",
      "programIdIndex": 9,
      "stackHeight": null
    },
    {
      "accounts": [
        6,
        1,
        0,
        10,
        8,
        3,
        2,
        4,
        7,
        12,
        5,
        5,
        5,
        5,
        5,
        5,
        5,
        5,
        5,
        5,
        5,
        5,
        5,
        5,
        5
      ],
      "data": "FVarPfezbHaWwyZcL",
      "programIdIndex": 11,
      "stackHeight": null
    }
  ],
```

```
        "indexToProgramIds": {}
      },
      "signatures": [

"4jatvkAye4VEXi3r3hCQLVTzCZSggavooEFfQiZRWZzfHC7hZBiYY4oiSPwy7N1h5cx2myuDU8JWzUyoF6v
1RrY1"
      ]
    },
    "version": "legacy"
}
```

```
{
  "blockTime": 1665528316,
  "meta": {
    "err": null,
    "fee": 12000,
    "innerInstructions": [
      {
        "index": 1,
        "instructions": [
          {
            "accounts": [
              2,
              4,
              8
            ],
            "data": "3dsDCGAWWd8b",
            "programIdIndex": 12,
            "stackHeight": null
          }
        ]
      }
    ],
    "loadedAddresses": {
      "readonly": [],
      "writable": []
    },
    "logMessages": [
      "Program ComputeBudget111111111111111111111111111111 invoke [1]",
      "Program ComputeBudget111111111111111111111111111111 success",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]",
      "Program log: Mango: Withdraw",
      "Program log: mango-log",
      "Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAKJYN0EuFo0npAQAAAAAAAI61CG4FnjlPDwAAAAAA
AACXAGcrRLYbbA8AAAAAAAAA",
      "Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA invoke [2]",
      "Program log: Instruction: Transfer",
      "Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA consumed 4645 of 183641
compute units",
      "Program TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA success",
      "Program log: mango-log",
      "Program data:
60VzPrmsft943ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDndnZzfNLIFBtl1YrCgeNsI3IFtau+AlX6s3P0p/4HAAAAAAAAAAAJHsnPB5HQAA",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 consumed 30545 of 200000
compute units",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success"
    ],
    "postBalances": [
```

```
      761577935416800,
      30791040,
      2039280,
      1392000,
      2039280,
      1,
      3841920,
      42873600,
      617666173,
      1,
      12083560,
      1141440,
      934087680
    ],
    "postTokenBalances": [
      {
        "accountIndex": 2,
        "mint": "MangoCzJ36AjZyKwVj3VnYU4GTonjfVEnJmvvWaxLac",
        "owner": "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
        "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
        "uiTokenAmount": {
          "amount": "17404847137930",
          "decimals": 6,
          "uiAmount": 17404847.13793,
          "uiAmountString": "17404847.13793"
        }
      },
      {
        "accountIndex": 4,
        "mint": "MangoCzJ36AjZyKwVj3VnYU4GTonjfVEnJmvvWaxLac",
        "owner": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
        "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
        "uiTokenAmount": {
          "amount": "35889827899472",
          "decimals": 6,
          "uiAmount": 35889827.899472,
          "uiAmountString": "35889827.899472"
        }
      }
    ],
    "preBalances": [
      761577935428800,
      30791040,
      2039280,
      1392000,
      2039280,
      1,
      3841920,
      42873600,
      617666173,
```

```
          1,
          12083560,
          1141440,
          934087680
        ],
        "preTokenBalances": [
          {
            "accountIndex": 2,
            "mint": "MangoCzJ36AjZyKwVj3VnYU4GTonjfVEnJmvvWaxLac",
            "owner": "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
            "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
            "uiTokenAmount": {
              "amount": "49814412202267",
              "decimals": 6,
              "uiAmount": 49814412.202267,
              "uiAmountString": "49814412.202267"
            }
          },
          {
            "accountIndex": 4,
            "mint": "MangoCzJ36AjZyKwVj3VnYU4GTonjfVEnJmvvWaxLac",
            "owner": "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
            "programId": "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA",
            "uiTokenAmount": {
              "amount": "3480262835135",
              "decimals": 6,
              "uiAmount": 3480262.835135,
              "uiAmountString": "3480262.835135"
            }
          }
        ],
        "rewards": [],
        "status": {
          "Ok": null
        }
      },
      "slot": 154865505,
      "transaction": {
        "message": {
          "header": {
            "numReadonlySignedAccounts": 0,
            "numReadonlyUnsignedAccounts": 8,
            "numRequiredSignatures": 1
          },
          "accountKeys": [
            "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
            "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
            "6ETXD4pvQaBxmabNY3vRKwdLPVEdveuxG2GcKVfg1ayg",
            "8XZx15vqdUbt3eVTXsxPfEMS3o2KXJ5sM7G2qXmmkETk",
            "G5MKQAkEdCMhC94gs6iTWuyBeZbZ1ztAcHdr4Tnxmmpr",
```

```
      "111111111111111111111111111111111",
      "8HjXYFntHMDNJKCJpHFufDaFYXfuAk6c6odfFnWc4xWy",
      "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
      "9BVcYqEQxyccuwznvxXqDkSJFavvTyheiTYk231T1A8S",
      "ComputeBudget111111111111111111111111111111",
      "EBDRoayCDDUvDgCimta45ajQeXbexv7aKqJubruqpyvu",
      "mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68",
      "TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA"
    ],
    "recentBlockhash": "98tkvad1NNBejWy5fQzzUQwh5cE8R3cEbEDYknqebFSD",
    "instructions": [
      {
        "accounts": [],
        "data": "3cDeqiGMb6md",
        "programIdIndex": 9,
        "stackHeight": null
      },
      {
        "accounts": [
          7,
          1,
          0,
          10,
          6,
          3,
          2,
          4,
          8,
          12,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5,
          5
        ],
        "data": "FVarQhnABS6Xd21hA",
        "programIdIndex": 11,
        "stackHeight": null
      }
    ],
```

```
      "indexToProgramIds": {}
    },
    "signatures": [

"Pd9NTjZaFPPzP7HskHq5QnrfxRGhSAvtusDgyn3JdV6aQLMynCrci3wKMf2aA36gVx8yLA17rbQ2hcQ7KmG
48Gw"
    ]
  },
  "version": "legacy"
}
```

```
{
  "blockTime": 1665527367,
  "meta": {
    "err": null,
    "fee": 12000,
    "innerInstructions": [],
    "loadedAddresses": {
      "readonly": [],
      "writable": []
    },
    "logMessages": [
      "Program ComputeBudget111111111111111111111111111111 invoke [1]",
      "Program ComputeBudget111111111111111111111111111111 success",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]",
      "Program log: Mango: SettlePnl",
      "Program log: mango-log",
      "Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDwAAAAAAAAwOGgFXiA4DeEGAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA9QFswe1Z3uDwAAAAA
AAD5BN0Xayd4ZRAAAAAAAAA",
      "Program log: mango-log",
      "Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3amRM5dEIBiPnqtB6fZZ2NvusBbexPMm
vV/bIztsh5fiDwAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAbyPXReHnj4hBgAAAAAAAA9QFswe1Z3uDwAAAAA
AAD5BN0Xayd4ZRAAAAAAAAA",
      "Program log: mango-log",
      "Program data:
BbzLZlG3WnZ43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTqZEzl0QgGI+eq0Hp9lnY2+6wFt7E8ya9X9sjO2yHl+IAAAAAAAAAE45PoQFdHjTARENaQAA
AAA=",
      "Program log: mango-log",
      "Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTAAAAAAAAAAe5hodAAAAOPhfcargpP6SRL9hf////+Ybl1KgjokcQAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAJhuXUqCOiRxAAAAAAAAACYbl1KgjokcQAAAAAAAAA",
      "Program log: mango-log",
      "Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3amRM5dEIBiPnqtB6fZZ2NvusBbexPMm
vV/bIztsh5fiAAAAAAAAAADDdiQfj/////wBV0Z48sqweI6myeQAAAACYbl1KgjokcQAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAJhuXUqCOiRxAAAAAAAAACYbl1KgjokcQAAAAAAAAA",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 consumed 23160 of 600000
compute units",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]",
      "Program log: Mango: SettlePnl",
      "Program log: mango-log",
      "Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDwAAAAAADry5OJNBp8z+QGAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA9QFswe1Z3uDwAAAAA
AAD5BN0Xayd4ZRAAAAAAAAA",
```

"Program log: mango-log",
"Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3aPxn7gMPI3yu46WGNbRjySS331SwS9z
oZijk7eLBLASDwAAAAAAAAAAAAAAAAAAAAAAAAAAAANVCMZJNSbGkDAAAAAAAAAA9QFswe1Z3uDwAAAAA
AAD5BN0Xayd4ZRAAAAAAAAAA",
"Program log: mango-log",
"Program data:
BbzLZl3G3WnZ43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTo/GfuAw8jfK7jpYY1tGPJJLffVLBL3OhmKOTt4sEsBIAAAAAAAAAALWO/gb2t50a6OI7AAAA
AAA=",
"Program log: mango-log",
"Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTAAAAAAAAAAAe5hodAAAAAC5Tf7+1yvXfYS/Bhf////+Ybl1KgjokcQAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAAJhuXUqCOiRxAAAAAAAAACYbl1KgjokcQAAAAAAAA",
"Program log: mango-log",
"Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3aPxn7gMPI3yu46WGNbRjySS331SwS9z
oZijk7eLBLASAAAAAAAAAABbnu7//////wAjvu9qAHQD0gNJAAAAACYbl1KgjokcQAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAAJhuXUqCOiRxAAAAAAAAACYbl1KgjokcQAAAAAAAA",
"Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 consumed 22216 of 576840
compute units",
"Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success",
"Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 invoke [1]",
"Program log: Mango: SettlePnl",
"Program log: mango-log",
"Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTDwAAAAAAAACMOrv8mwvuF+UGAAAAAAAAAAAAAAAAAAAAAAAAAAAAA9QFswe1Z3uDwAAAAA
AAD5BN0Xayd4ZRAAAAAAAAAA",
"Program log: mango-log",
"Program data:
F5qwwQsqqPR43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3e8eEg5kmHAspA9xr/6+mjK/hTB4IC/8
VMLoCBHpv3WLDwAAAAAAAAaB7oc/iuCkwoAAAAAAAAAAAAAAAAAAAAAAAAAAAAA9QFswe1Z3uDwAAAAA
AAD5BN0Xayd4ZRAAAAAAAAAA",
"Program log: mango-log",
"Program data:
BbzLZl3G3WnZ43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNT7x4SDmSYcCykD3Gv/r6aMr+FMHggL/xUwugIEem/dYsAAAAAAAAAC7lQT3Gfa69M4IEAAAA
AAA=",
"Program log: mango-log",
"Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3TIB97EuUmE8nHcpdnm67Zv9/9+fQaOd
QeDTC5etMSNTAAAAAAAAAAAe5hodAAAAAABuPYLvTEciLq28hf////+Ybl1KgjokcQAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAAJhuXUqCOiRxAAAAAAAAACYbl1KgjokcQAAAAAAAA",
"Program log: mango-log",
"Program log:
hz686jV+Ltl43ogDQe0xql0u2Ff66cc9XSGzkyyZdqoGDHUXDByC3e8eEg5kmHAspA9xr/6+mjK/hTB4IC/8
VMLoCBHpv3WLAAAAAAAAAAADGffH//////2img8D8jCp3tpEwAAAAAACYbl1KgjokcQAAAAAAAAAmG5dSoI6
JHEAAAAAAAAAAJhuXUqCOiRxAAAAAAAAACYbl1KgjokcQAAAAAAAA",

      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 consumed 20946 of 554624
compute units",
      "Program mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68 success"
    ],
    "postBalances": [
      943753920,
      30791040,
      1392000,
      30791040,
      30791040,
      30791040,
      42873600,
      3841920,
      1,
      12083560,
      1141440
    ],
    "postTokenBalances": [],
    "preBalances": [
      943765920,
      30791040,
      1392000,
      30791040,
      30791040,
      30791040,
      42873600,
      3841920,
      1,
      12083560,
      1141440
    ],
    "preTokenBalances": [],
    "rewards": [],
    "status": {
      "Ok": null
    }
  },
  "slot": 154863886,
  "transaction": {
    "message": {
      "header": {
        "numReadonlySignedAccounts": 0,
        "numReadonlyUnsignedAccounts": 5,
        "numRequiredSignatures": 1
      },
      "accountKeys": [
        "yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM",
        "4ND8FVPjUGGjx9VuGFuJefDWpg3THb58c277hbVRnjNa",
        "BGcwkj1WudQwUUjFk78hAjwd1uAm8trh1N4CJSa51euh",
        "C2y9bLhBn7ynkb2HhayHVpUFCSeRWJ9oqFXrKH3vBhZK",

```
    "CQvKSNnYtPTZfQRQ5jkHq8q2swJyRsdQLcFcj3EmKFfX",
    "H6R2zNZMmhGoXLMGweGPP4Q9RtZ6RprVu7Hc868pJVbp",
    "98pjRuQjK3qA6gXts96PqZT4Ze5QmnCmt3QYjhbUSPue",
    "AMzanZxMirPCgGcBoH9kw4Jzi9LFMomyUCXbpzDeL2T8",
    "ComputeBudget111111111111111111111111111111",
    "EBDRoayCDDUvDgCimta45ajQeXbexv7aKqJubruqpyvu",
    "mv3ekLzLbnVPNxjSKvqBpU3ZeZXPQdEC3bp5MDEBG68"
],
"recentBlockhash": "25KBM18JNE9R2qZm8UuCNL2y6pH4eLzfhTYhM51sH2LP",
"instructions": [
  {
    "accounts": [],
    "data": "3cDeqiGMb6md",
    "programIdIndex": 8,
    "stackHeight": null
  },
  {
    "accounts": [
      6,
      1,
      4,
      9,
      7,
      2
    ],
    "data": "R5bVZyRFkEBVYLD5",
    "programIdIndex": 10,
    "stackHeight": null
  },
  {
    "accounts": [
      6,
      1,
      3,
      9,
      7,
      2
    ],
    "data": "R5bVZyRFkEBVYLD5",
    "programIdIndex": 10,
    "stackHeight": null
  },
  {
    "accounts": [
      6,
      1,
      5,
      9,
      7,
      2
```

```
          ],
          "data": "R5bVZyRFkEBVYLD5",
          "programIdIndex": 10,
          "stackHeight": null
        }
      ],
      "indexToProgramIds": {}
    },
    "signatures": [

"SFVdKJpzm2hsK5Kq9LDBD47ZXQu85s5UffCYUrzsqZUBiWrCm1q7JG95PpRye42fqnZyAXeAvYPKxiV6urc
EDv1"
    ]
  },
  "version": "legacy"
}
```