בס"ד



**Chabad of Puerto Rico**
The Jewish Center Serving
the Caribbean Islands
Calle Rosa #18. Urb. Blascocheas
Carolina, PR 00979    Tel: 787-253-0894

April 7, 2025

The Honorable Judge Subramanian
United States District Judge
Southern District of New York

Dear Judge Subramanian:

My name is Rabbi Mendel Zarchi, and I serve as the spiritual leader and director of the Jewish community of Puerto Rico. I am writing to respectfully share a brief perspective on Mr. Avi Eisenberg, who was a member of our community for approximately three years during his time living on the island.

During his time with us, I had the opportunity to observe him in a community setting where he interacted with others respectfully and with sincere interest in participating in Jewish life. He was not a longstanding member of our congregation, but during those years, he expressed a desire to be part of a meaningful and supportive environment.

I understand the gravity of the matters before the Court, and I do not seek to minimize the seriousness of the circumstances. My intention is simply to provide a fuller picture of Avi's character as observed within our limited but direct interactions. It is always my hope that, when possible, individuals who face difficult moments in their lives are afforded the opportunity to reflect, make amends, and contribute positively to society.

Thank you for considering this perspective in your deliberations.

Respectfully,
Rabbi Mendel Zarchi
Chabad of Puerto Rico

Dear Judge Arun Sbramanian,

I never wrote a letter to a judge before. I hope that this letter will have value to you.
The time I spent with Avi was brief.
But from the brief time I spent with him it was obvious that Avi is different. A very intelligent individual that is very hungry for success and acknowledgement, but also fragile and confused in social situations.
Research showed us that not every mind is developed equally. Some minds take till the age of 35 to fully develop. I know this fact from personal experience as it happened to me. Only after the age of 35 a lot of social norms and behaviors started clicking in place for me, and I started to understand better how people work. (I'm 46 now).
I mention this to you, because it's not just social situations that younger minds fail to understand, young minds do not know how to assess risk correctly. And more often than not, tend to take too much risk. It's why we see kids hitting jumps in ski resorts, jumping stairs with their bicycles, and driving too fast for the road conditions they're on. These kids aren't trying to cause someone a bad day, and for sure aren't thinking ahead about possible injuries and the time it takes to recover, they're just pushing the limits of what's possible, trying to break a record, get noticed, or improve their personal best. They don't consider the risks correctly.
Although Avi has the years to be considered an adult, I do believe that his mind isn't there yet. I do believe he does not know how to assess risks correctly yet, and therefore blind to the consequences or certain actions.
Risk in general, is something that in my opinion needs to be taught in schools. Every year till graduation. But there is no curriculum for that, and our education system is years behind the curve.

Avi's mind is still fragile and developing. As brilliant as he is, I think guidance, not punishment will help him grow and put him on the right track.

So whatever it is you decide happens next with Avi's life, please consider the above.

Eyal Naveh