Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

**U.S. DISTRICT COURT FILED**
JUL 2 2 2025
SOUTHERN DISTRICT OF NEW YORK

Caption:
United States v.

Avraham Eisenberg

Docket No.: 23 Cr. 10 (AS)
(District Court Judge)

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other | _____ (specify)
entered in this action on May 23, 2025 + May 28, 2025
(date)

This appeal concerns: Conviction only ✓   Sentence only | |   Conviction & Sentence | |   Other | |
Defendant found guilty by plea | |   | trial | ✓ | N/A | ✓ .  (trial conviction vacated)
Offense occurred after November 1, 1987? Yes | ✓ |  No |   N/A |
Date of sentence: _____ N/A | ✓ |
Bail/Jail Disposition: Committed | ✓ |   Not committed |   | N/A |

Appellant is represented by counsel? Yes ✓ | No |   | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Sanford Talkin, Esq. |
| Counsel's Address: | 40 Exchange Place, 18th Floor |
| | New York, New York 10005 |
| Counsel's Phone: | 212-482-0007 |
| Assistant U.S. Attorney: | Thomas Burnett |
| AUSA's Address: | 26 Federal Plaza |
| | New York, NY 10278 |
| AUSA's Phone: | 646-565-1633 |



Signature